IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL FUNDS ON DEPOSIT AT SUN SECURED ADVANTAGE ACCOUNT NUMBER 26-2673-031320 HELD AT THE BANK OF N.T. BUTTERFIELD AND SON LIMITED IN BERMUDA,<br><br>Defendant. | §§§§§§§§§§§§§ | CIVIL ACTION NO. 2:13-CV-33 |

## NOTICE OF WITHDRAWAL OF CLAIM

Claimant Senator Luis Fernando Salazar Fernandez hereby provides notice that he will continue to pursue remission of the Defendant funds through the Department of Justice and thereby withdraws his Verified Claim Contesting Asset Forfeiture (D.E. 5), without prejudice.

Dated: June 24, 2013

                                          Respectfully submitted,

                                          SUSMAN GODFREY L.L.P.

                                          By:    */s/ Brian M. Gillett*
                                                         Eric J. Mayer
                                                         State Bar No. 13274675
                                                         emayer@susmangodfrey.com
                                                         1000 Louisiana Street, Suite 5100
                                                         Houston, Texas 77002
                                                         Telephone: (713) 651-9366
                                                         Facsimile: (713) 654-6666

                                          Lead Attorney for Senator Luis Fernando Salazar Fernández

2764409v1/013630

OF COUNSEL:

Shawn L. Raymond
State Bar No. 24009236
E-Mail: sraymond@susmangodfrey.com
Brian Gillett
State Bar No. 24069785
E-Mail: bgillett@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2013, a copy of the foregoing was served upon the following via electronic filing.

Julie K Hampton
Assistant United States Attorney
US Attorneys Office
800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, Texas 78401
(361) 888-3111

/s/ *Brian M. Gillett*
Brian M. Gillett